William Slaviz, as Administrator, etc., of Nicola Maresi, etc., Respondent, v. O'Leary & Flanagan Company, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Daniel J. Leary, Respondent, v. Morris & Cumings Dredging Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Lillian B. Leavitt, Respondent, v. Charles H. Enos, as Ancillary Executor, etc., of Thomas B. Enos, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Equitable Life Assurance Society of the United States, Respondent, v. John Armstrong Chanler, Otherwise Known as John Armstrong Chaloner, Impleaded with John T. Sherman as Committee, etc., of John Armstrong Chaloner, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Thomas O. McLean, as Administrator, etc., of John J. McLean, Deceased, Appellant, v. Ernestina C. Gardner, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Sarah Purdy Ritchey, Appellant, v. Henry F. Ritchey, Respondent.— Order affirmed, without prejudice to renewal on proof of change in defendant's financial condition. No opinion.

John Finnerty, Jr., by John Finnerty, His Guardian ad Litem, Respondent, v. Herbert Bogardus, Appellant.— Order modified by changing place of trial to Greene county, and as modified affirmed, with ten dollars costs and disbursements to appellant. No opinion.

The People of the State of New York, Respondent, v. Philip Blau and David Goldsmith, Appellants.— Order affirmed. No opinion.

Charles E. Frankenthal, Respondent, v. William F. Cox, Appellant.— Order reversed and motion denied, without costs. No opinion.

In the Matter of the Application for a Writ of Mandamus by Henry Cardos, Respondent, against William H. Edwards, as Commissioner of the Department of Street Cleaning, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jeanette Herzig Joseph, Respondent, v. Irwin M. Herzig, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted on payment of taxable costs of action to date. No opinion.

Louis Cappola, an Infant, by His Guardian ad Litem, James Andre, Appellant, v. Interborough Rapid Transit Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.